# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| LISA WILLIAMS, <br>  Plaintiff, <br> <br> v. <br> <br> MTV, *et al.*, <br>  Defendants. | ) <br> ) <br> ) <br> )   CAUSE NO.: 2:25-CV-183-TLS-JEM <br> ) <br> ) <br> ) |

## ORDER

This matter is before the Court *sua sponte*. On April 9, 2025, this case was filed in the Northern District of Illinois and transferred to the Northern District of Indiana on April 22, 2025. There is no indication on the docket that the Complaint has been served on Defendants or that summons has been issued in either court.

Federal Rule of Civil Procedure 4 describes the required content of summons and service of the Complaint. It requires that summons "be signed by the clerk" of the court in which the case is brought and "bear the court's seal," and provides for a plaintiff to present the summons to the clerk of court for the proper signature and seal. Fed. R. Civ. P. 4(a), (b). The summons and Complaint must be served on the defendant within 90 days after the Complaint is filed, or the case will be dismissed. Fed. R. Civ. P. 4(m).

Therefore, the Court hereby **ORDERS** Plaintiff Lisa Williams, *pro se*, to file with this Court proof of service on Defendants, including presenting summons to the Clerk of Court for the Northern District of Indiana, on or before **August 15, 2025**.

SO ORDERED this 14th day of July, 2025.

  s/ John E. Martin  
  MAGISTRATE JUDGE JOHN E. MARTIN  
  UNITED STATES DISTRICT COURT

cc:   All counsel of record; Plaintiff, *pro se*