UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LISA WILLIAMS,<br>    Plaintiff,<br><br>  v.<br><br>MTV, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)   CAUSE NO.: 2:25-CV-183-TLS-JEM<br>)<br>)<br>) |

**ORDER**

This matter is before the Court *sua sponte*. On July 14, 2025, the Court ordered Plaintiff to issue summons for the Defendants by August 15, 2025. No summons have been presented to the Clerk or issued, nor has Plaintiff requested an extension of the to do so.

Accordingly, the Court hereby **ORDERS** Plaintiff to belatedly file, on or before **September 10, 2025**, summons to serve each of the Defendants in this case as described in the Court's order of July 14, 2025 [DE 9]. Failure to do so will result in the issuance of an Order to Show Cause and may result in dismissal of this action.

SO ORDERED this 18th day of August, 2025.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Plaintiff, pro se

1