# Hammond Indiana

**Street Address**

United States



Courthouse

5400 Federal Plaza, Suite 1000

Hammond, IN  46320

**Phone**

Phn: 219-852-3620

Fax: 219-852-3621

Toll free: 800-267-9881

**Hours:** M-F  8:30am-5:00pm CST

**Staff:** Contact Us

**Transportation:**

- Hammond City Bus Route
- Gary Public Transportation Corp.

*CV- 000106*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

|  |  |  |
|---|---|---|
| LISA WILLIAMS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:25-CV-183-TLS-JEM |
| | ) | |
| MTV, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court *sua sponte*. On July 14, 2025, the Court ordered Plaintiff to issue summons for the Defendants by August 15, 2025. No summons have been presented to the Clerk or issued, nor has Plaintiff requested an extension of the to do so.

Accordingly, the Court hereby **ORDERS** Plaintiff to belatedly file, on or before **September 10, 2025**, summons to serve each of the Defendants in this case as described in the Court's order of July 14, 2025 [DE 9]. Failure to do so will result in the issuance of an Order to Show Cause and may result in dismissal of this action.

SO ORDERED this 18th day of August, 2025.

s/ John E. Martin
_____
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Plaintiff, pro se

**Lisa Williams**
348 King St
Gary, IN 46406

From:  Plaintiff, Lisa Williams, Previously CAO,              8-20-2025
            Maiden Name Holmes

To: **Magistrate JUDGE JOHN E. MARTIN**
    **UNITED STATES DISTRICT COURT**
    **5400 Federal Plaza**
    **Hammond, Indiana 46320**

The receiving of this ORDER, of this matter is before the Court, "**Sua Sponte**". The court ordered Plaintiff to issue summons for the Defendants by August 15, 2025.  No, summons have been presented to the Clerks or issued, nor Plaintiff requested an extension of the to do so.

Actually supported evident is recognition of change in Case Filing CV-183-TLS-JEM.  The Original CASE NO was CV 000-106.  Recorded under Lisa Williams CV-106.  Recorder From Officers in Yuma Sherrific Police Department, in Gary Indiana Inspector Gates,also Gary Officer Allen, Gary officer Go-Shay, Officer Moss in Dyer INdiana, Officers in Shereville Records, and report of damages to Vehicles,SUVs, and personnel Property, Houses, and Hospital records, Records and recorded Court Document from Board Of Medicine.  Refunds Granted base on Investigation of the **Medical Board** in Indianapolis, Indiana.   Mailed  4-24 **38 Billion Stolen by PGE Sharon Jefferson Williams, and Cassandra Woodland, Anthony Orr Felon Fugitive** from Chicago, Il.  Officers traced Embezzlers to Gary indiana with Jerome Prince, in 2017.

* **Military Army Major Wards** was killed, Investigating Scientology Sharon Williams, Cassandra Woodland and Google Smart, with NASA Equipment from Scientology Tom Cruise.
 Major Ward was sent from Department Of Defense  Killed in Gary Indiana 2019
* **Military Micheal** Washington, from Sacramento, CA and brother Eddie Washington from Oakland CA. Killed by Windell Carter, and Andre Wright from Gary Indiana.  Officer Montae Gipson did not make a report.
***Veteran Charles E. Sanders,** Early Hughes, and Joey Washington investigated NASA Teleporter in Gary Brunswick Centers and Scientology OT28, and Infusion Computer, all Kidnapped Naval Veterans were detained in Gary Indiana and Hammond indiana. Cell phones taken.  Early Hughes reported Missing, in killed in Gary Indiana on Durbin Street.  Officer Montae Gipson no report.   Impersonator in Oakland California claiming and receiving Naval Benefit proven.   Charles Erwin Sanders benefit received by kidnappiers.  Presently seen alive
* **Military Brennan Carter**, Air women was attacked by James henderick, in Merriville indiana Officer paid to stand down.  Brennan was rescued in Portage Indiana. Witnesses said Jayzee was trying to stalk her.
*  **Airmen Anthony Alford** investigating Teleporter in Burnswick Center attacked, raped by Scientology and Threaten Alive.
* **NASA Charles Bowden** was attacked by scientology, referring to Illegal Surviellance , with OT28, and OT8, confirming NASA involvement, and questioning the sales of NASA equipment By Tom Cruise, Christen slater, and Wilbertt Schwarenegger, Brad Pit.  Equipment once rented

Was being claimed by unauthorized personnel.  Checks presented by Sharon Jefferson was not
Received by Charles Bowden.   Governor Engineer Larry Wilson voice was recognized, and
other Government workers from Veteran Administration in San Francisco, Ca.   Larry Wilson
death was caught on recorder OT28.  Charles Bowden's Home on Clement street is being
Given to another Government worker in Nancy Gracen Family.  His Home In San fransico, Ca.
Larry Wilson home in Vajeo also taken by Scientology Members.

**Army Henery** married County Officer Samantha Carter, Killed after picking up daughter Officer
Stone, and Seven review take.  Windell Carter was the shooter not arrested.  Henery killed in
Burnswick Center in Gary indiana.
* **Army Mays** was Killed in gary indiana,
* Army Sherese Washintong was stalked and brother Army Teddy Washintong, was on
Scientology Hint list from Gary indiana in 2019.
* **Veteran Dave Sanders from Navy**, caught in Gary Indiana as a Hostages, was tortured, due
to being a **RADIO Personality**, that Scientology wanted to Claim.  Later POWER 92.3 Shaggy,
Ozmen, Shandell was Kidnapied and Stargates.  Radio Personality **TONE** was Killed.  Miller
Mike Jones Threaten.  NASA Equipment was Used.  Jamie Foxx family, was illegal claiming
Crawford Braodcast.  View computer was changed upon requested.  Phillip Cao, views
Changes from Takeshia Randolph Home in Gary indiana.  Witnesses was many.
**Oakland Henery** Gussman a Veteran was Killed in Gary indiana, shot by Windell Carter,
Officers made no reports.  Gusmen son was killed in Calumet City, IL **Lorenzo Gussmen
Jr. son was killed in Hammond Indiana.**
* **Navy John Lenard**  from Northford, and Navy Allen 2 time enroller of Navy  Investigated EX
Wife Government GS worker Shelkia **Finely** and his daughter **Skequilia Finely with 8 yrs old
Daughter** killed in Hammond Indiana by andre Wright, Windell Carter, Anthony Departto
Departto.  Officer **Murphy** , Officer Allen they knew, and IGC Craig Love, knew.

Investigators were many, due Senators John Bahner, Senator Nancy Pulaski, Senator Mitchell
Oconnell, Bill Gates, Warren Buffett, NASA Bill Nelson, Ted Cruz, Ex President Barrack Obama,
Ex- President Joe Biden, Ex- George Bush, and knew  President TRUMP.  Concerns that
**NASA Equipment** used to kill Black People.  Was Heard on OT28, Smart Blacks People
And Blacks with wealth was sometime they did not speak kindly about.  Navy Vetrans, Corry,
Richard,  heard **Illuminati** ,  Lindsey Graham, John Mahner, **recognitived Kidnapied**
Government workers and Navy Dave , and Navy Omondo, All said Geroge Cooney
impersonated Military personnel.  Infusion with Nasa Equipment Recognized by Military
Engineers, AND SO WAS PRESIDENT TRUMP, and GOOGLE GEMINI.

**Government Workers from Greatlake IL. GS- WORKER, CRYSTAL DAVIS, Janice Mays,**
Both Stargates, sister Yoland Mays and daughter Stargates , 4 children dead.  Shere Mays, and
daughter Stargates and 1 son dead.  Winna Faye Reave, Parriss, Kia Greene, Geno Green
STARGATES, and 15 dead.  Rhonda Mays STARGATES , 1 dead,  Missing( Kidnapped Delena
Mays) last seen  with Jamie Foxx Family.  Scientology demonstration with NASA Equipment

Lisa Williams Reporting                                    8-21-2025
348 King Street
Gary Indiana  46406

Currently Reporting, 726 Burnswick Center,  with Teleporters, and Infusion Computer
Veronica Alford, Shelkia Finely Lenard was attacked from Oakland Ca. and also
Computer Programmer working in Major Ward of US Oakland Army Base. As Lisa Sanders
I've work in the same place. GS Worker of Army Base Husband and children were
Hostages of Jamie Foxx.  Tonjia Jefferson Dunbar sold them out for Captives and Enslavement.

Also Shekilia Finnely Lenard, mention Sisters Killed by Enslaves was also government
Worker GS, Faye Finely of Air Force Based Killed 9mons Ago, sister Rena Finely
Was Killed and children catcher.  The youngest Sister of Finely family Off East 14th street
In Oakland Ca. with Teleporter.   SheKelia Finnely Leonard experience recorder yesterday.

I suffered Hacking, Acid Throwing, and Blood Driping from person with NASA equipment,
We  reported to Indianapolis Teleporting Services.  Scientology Tom Cruise, Christen Slater
Is Usually who the Manager complaints are addressed.

Nipsco Is the Engergy Company receiving complaints from Manager KImberly Vincent.
KKimberly has computer OT 28, Illegal view is proven with FBI or CIA without a court
Order.  President Trump also knew of Harrassment Lisa Williams, Rikayla Williams, Richard
Williams, Jamaireon Williams, Jaziyae, Williams, Phillip Cao, Davonna Moore  with phillip Cao
Children Kirro, Karmelo, Kanero Cao, Phuc Do Cao Jr.  suffered at 5700 W. 6th ave.  gARY
iNDIANA 46406.  hARASSER Tired to claim My Property.  My Nephew Demond Taylors,
And Shannon Taylor, Brylan Carter were attacked also during Visits,  Jamie Foxx Family
Put cars on Flatts, cut Vechile from Frame, cut Time Belt, Acid in Tank, Urine in Vechile,
So times Human Fleeces,  Fleeces on the Walls, Food Stolen, and Urine in Bed,  Scientology
Views has reported to CIA Colita Rice and FBI in Illinois.  Bill Gates and brother wARREN
Buffet claiming the son business is Gang Stalking Black People. Jamie Family would routine
Follow you all Dasys, since 2018.  Report No.  with Lisa Williams are countless and FBI

FBI Trez Pugh was under cover, askes to stand by FBI Heads, Cause Sharon Jefferson
Williams from PGE in Chicago, Il Embezzler, and sister Tonjia Jefferson Williams, Google
Gemini and girlfriend Cassandra Woodland.  Gemini said Tom Cruise wanted to enslave
My family, so making all that we do or accomplish fail.  Mission with Montae Gipson, Office Kelly
Office Micheal Jenkins, Micheal Johnson , Officers Dodson, Officers Cardine, Deanne Lane,
In Chicago, Cederick Parls, and Gary Franklin Officer was paid not to Take a report,  Officer
Harris, Corpl .  Item were bought police department in Gary Indiana.  In Hammond Front Desk
Officer Murphy , did not take reports, nor would Office Micheal Allen take a report.
That was my experience.  Trying save friends in Gary Indiana, Hammond, Merriville Indiana
Witnesses are many.  Trooper Dunning, Chicago Kenny Byers Officers, father and son
And Officer from  Chicago Gregory Jones was Killed in Gary Indiana Burnswick Center.  Partner
Carl Dixion was Shot in the Head.  US Herber Campbell, Willie Brook, and Mayor Ward of Army

Investigated all Incident in Gary Burnswick Center while Jerome Prince as Mayor. Forensic Engineer Larry Wilson. Notes were stolen alone with his alive. I Knew GS Engineer, and Oakland Army Mayor Wards, I Once worked with them. Presently Heather from Oakland Army Base POV LOt, is here in Crown Point Kidnapied by Brad PIt, I Lisa Williams was a Sander in 1984 when I worked there. Tonjia Jefferson, said she had Heather a ( White Strawberry BLonde women, about 5'7 and 120lb) kidnaped, cause she worked with me. Tonjia Jefferson said Heather, GS Worker once in POV was rapped, but not beat but once. All You andyour Family has to do is say, Sharon Jefferson Williams, and Herself "Tonjia Jefferson Dunbar was me. Betsy Davis, Francesca Dodd Gonzalez, Tricia Kelly, and Takeshia Randolph Which is Tom Cruise baby Mother. All Scientology with NASA equipment. Sharon Jefferson Spend 26 Billion with Scientology Church said Will Smith, Mike Epps, and Teller at the Bank, called Reserved Bank. Charelene( dated my brother aND BEST FRIENDS WITH SHARON HALE. SHARON HALES IS ALSO MY FAMILY. OFFICERS IN CHICAGO INVOLVED WAS MEETING IN GARY INDIANA,WITH JAMIE FOXX, CHRISTEN SLATER, TOM CRUISE. OSCAR DELAHOYA WITNESS, JENNNY ZIMMBERLIN, MELISSA DELAHOYA, MARK AND LISA FORSET AGENT FROM FBI IN IL. PRISON GUARD BUDDY BRUCE. STARTED 2017 PRESENTLY HAPPEN.

SCIENTOLGY MEMBERS WAS TRYING TO KILL ME FOR MY HERITANCE, AND TRUST FUNDS, MAYS FAMILY WAS ALWAYS HOSATGES BY BRAIN DAVIS, ANTHONY ORR, ANTHONY DEPARTT, FBI'S BROTHER OF MARK , WHICH CHICAGO POLICE REPORTED IN FROM GARY INDIANA 'HUMAN TRAFFLICKING. FBI TREZ PUGH, AND CHICAGO IL LENARD WALKER, JACKIE ROBINSON, AND OFFICER ROBINSON all knew of recorded Illegal activity. Officer Phat Byers decade his life helping me.

I sworn true statement

Prison Guard Buddy Bruce from Chicago New
Prison Guard Shaniece knew
Chicago Tracy Simpson

Senators knew, John Pulaski, Nancy Pulaski, Congresswomen Elizabeth Warren, and son FBI Warren, FBI Head Sterling Knew and was given Murder Orders on my son and ggRANDCHILDREN IN bRUNSWICK Center, in Gary indiana. Insurance checks on Grand Children, Kirro, Karmelo, Kanero, Nemo, Novah, Niami Sanders, Phillip Cao, and Phuc Do Cao, Demond Taylor, Audrey Alfpord, Tre Alford, Anthony Alford, Micheal Hale died,2024, Mildred Carter, Charles Carter, Charles Carter Jr. and girlfriend COCO and children Malaki Carter, and Elijah Carter age 8 killed after 3 yrs of tortured by Aaron Wright, Brain Davis, Anthony Orr, Melvin Bruce, Williams, Montae Mcghee, Vontae Mcghee. Phuc Do Cao new son Killed, torture Tired in spring. Francesca Dodd Gonzalez and State Trooper Barrock, and Crown Point Bliss Seen with 8mon baby call Melissa Delahoya Baby, Phuc Do cao rescued Baby Delahoya Until STARGATES and Officer PHats from Chiocago, IL working Northwest Indiana PHUC Jr FBI, Fbi in Yuma Az, FBI FRY and son PAID by President TRUMP< Bill Gates, brother Warren Buffett, Nancy Pulaski, FBI STERLING, James Henderick from 92 merrillville Street, Ex Sherrific Charles Sanders and Father was Kidnapied, by FBI AZ, FBI IL.and Fbi IN wASHINGTON dc. tHEIR grown children, Christen Slater, Paul Mccongaught, Andrew Mccarthy, Micheal all Arrested before. Nancy Gracen son Micheal, is Warren Buffett Grandson, Andrew is his Spon. Christen Slater AND FATHER Bill gates was arrested before for SExually Assault. Gary indiana Police was Arresting Tom Cruise, Christen Slater, Jamie Foxx for NASA Equipment Illegal Usages in Gary indiana. President Trump, change Offfices with Bribery. Stargates Treatment Was performed by Luthers Mainly. The Medical Bill for Stargates, " Treatment camre from Epygtian Medical Center. Is Currently a in 6 million or more. Keanne Reaves, Congress women Elizabeth Warren received organs for FBI Phuc Do Cao Jr. Dr. Melissa from Mesa Az . Became A Vicitms AND stARGATES HERSELF. HAPPEN IN hAMMMOND, AND EAST CHICAGO iL WITH sWIFTY mCHEE, ANGELA DEPARTTO, HER GIRLS ARE kIPNAPIED. dR. mELISSA Carter, solid Knuderson, Oscar Delahoya, Mildred Carter were Taught to Stargates. This Treatment can bring Brain activity Back and AMazely repair Body. Treatment Own for Scientology Stargateing, Luther, Keanne Reaves, Elizabeth Warren, Benson, Solid Knutherson, Oscar Delahoya, Will Smith, is over 6million dollars, for Revivial of Family Members, including All 8 children, and 3 sons. Member Killed in Chicago ll Deaths reported 18 at Dept. Defense In Chicago IL. please request notes. Google Smart( illegal tracked all Members, FBI and Cia) not Court hearing.t

**Government Workers** from Social Work Servicers **kidnappe**d from Veteran Hospital in San Franciscso, Ca.  3 died, Chief Keith Wilson GS Worker, wife Killed, Suzanne Demong Sutherland 1Killed and revival, 7mos down.  Keith Sutherland GS Worker Killed 2 days, Both revivial.  Keith Wilson wife no Revivial.  Recently seen at Veteran hospital in Sacramento Ca.  with Phuc Do Cao. and brother Charles Sanders and Davonna Moore.  Stagates also happen to GS Workers Kate, and Kathleen from Veteran.  Secretary Marion Stargates. Total Killed with Revival in this Department was 7.  I worked in this Department.  Investigated Chief Keith Wilson, and Dr. Kate.  Realized Scientology  Leaders  and Sharon Jefferson William wanted to Erased "ME"

**FBI tampered Government Worked History**, and CIA Snowden.  Macon Georgia Recorder some
Work History removed.  Business records Tampered,   Member of my family Medical history With Military Personnel Tampered.  Investigator Ricky Washington in Berminton WA. was offered Bribery from Jefferson Family, and other Scientology Memeber to change records Of Grown Men Children born in Military Hospitals.

Chicago University Records Changes of Phillip Cao , and Grandson by Melissia Delahoya Son age 8mns, reported lates 8-20-2025 at Hosp.  Angela Departto Love and Francersca Dodd Gonzalez, and officers Barrack was reported. ( Cell Telephone ).   Cassandra woodland, Christian Slater, Tom Cruise, caught Hacking call 219 660-0000.  Cell Hacked Daily with NASA Equipment Used.

    Witnesses is Cassandra Role, and Brothers from Crown Point, Indiana.   Officers of State Level no reported , incident of check received from Embezzler Sharon Jefferson Williams was paid. Last Month. Check maybe in Lisa Holmes, or Williams with Check system.

* Jamie Foxx, cousin sold by grandson and make have killed Baby Delahoya, and biology Father FBI. ACTOR PHUC is Stargates, Last seen by Crown Officer in neighbor off rout 55 At Deanne Waynn Basement, and Body of 8mons old was changed.  Charquanna Taylor Insider Watch officers get Paid, 8-16-2025.  Crown Point Officer Camer recorder will reflercted truth Of Missing Grandson born to Melissa Delahoya.  Born Normal.  Requesting Suspenia Of Mother of 2 Melissa Delahoya.   Oscar Delhoyla and girlfriend Keisha King of Crown Point Indiana.  Keisha King a Nurse at U Chicago, Il. and boyfriend Oscar Delahoya . Need Suspenia Asap.  Other witnesses of Kidnappied baby on Office Barrack Camera on Sate Trooper Car. address of State Trooper 905 Indiana ave, ( Mother) live there.  Need Suspenia .  There new Daughter a Black women 6'1 220lbs black women is Francersca Dodd Gonzalez, got Black Marketing children with State Trooper Boyfriend.  Sharon Jefferson, Niece and Officer Bliss In Cypress Point Apartment seen with Baby Delahoya.  Also, Dorothy Jefferson, and Robin Jones in Bldg D seen with baby Delahoya.  Please need suspenia.  Father was told Baby was held . cause sharon Jefferson Williams want "MY" CHILDREN to said shes me??? But she not.  NASA torture with ZAping for torture has been Proven for Phuc Do Cao JR.

*Military Veteran Tim Alford Marine/ Navy  also Investigater and Victims Insiders of Purpose Of

Being a Victims with Nasa Kidnaping with GrandChildrern of 4, and one brother Syned Alford, and Brother Leslie, wife killed, and kidnip, 2yr old raped, by scientolog y Lil Dirt and Jayzee, as all her girls. Felon Fugitiver Edmund Osborne involved or reported as a raper. Victims were held inorder to cash checks in my name. Children were Zapied at Home. My sister Husband Experience Zapier, Raping, by scientology Vice Lords. His Sons Did Too. My sister is Veronica Alford. Andre wright take her Baby. Fbi in Il watch Felon Fugitive with NASA Equipment. Veronica Alford family is STARGATES. Son Tevin Alford attacked and STARGATEs after Rescued of Girls Dallas. Dallas reported Miss women Called Darrius Dunning Wife, how ever Other referred to that women being Darrius Dunning brother in Law Wille Brooks Wife. Tevin ex-girlfriend Dallas, reported her mother Kidnappied. Officers were reported Kidnapping Dallas Called Samantha Departto, which relative to Mcghee family, helping was Rena Williams from Riverdale Code enforcement. Followed Gary Dallas from King Street of 348. Body was not reported by Officers in Gary, also Hammond indiana.

Law Enforcement Killed Investigating Law Enforcement in Gary Indiana. Gary indiana Williams Harris was killed in Play O Club, Wife Anntrea Allen Harris,, and 8yrsnold daughter Killed. Finger prints need not statement from corrupted Officers Indiana. Bone Crusher was used in club, Gary Officer was being Killed, Brenna Carter was also vicitim relatived to me. Bodies in Vannessa Allen Family was reported. My Nephew experience torture. My Clients were lined up and torture Tre. Bounty hunter, Dolan Green, Ricky, Annect, Carmen, And all their children, Twaiin, and children, Corey has son killed happen in Hammond Indiana By co Workers, or/employee Ms. Arinita Webb, aNekeema , Moniquie Foxx and Children need Suspenia of scientology Torture. Herber Campbell a Witnesses need Suspenia and Protection US Brain, Melvin, Willie Brooks need protection and suspenia, Archi Jones need suspenia Atrucker trucker,

Lisa Williams Reporting                          8-21-2025
348 king street
Gary Indiana 46406

 CV-183-TLS-JEM
JOHN F. MARTIN
MAGISTRATE JUDGE JOHN MARTIN

Regarding Lawsuit with Medical Board, Payment stolen went Dr. Jessica Williams, and Sisiter Crystal Johnson, Checks received placed in father accounts over.  $550.000, His Checks was Over $200, 000 or more.  Money or refund happened 4-2024

Sharon Jefferson Williams , Impersonater Hacked 37 Billion,  Interested from Reserved Bank In Chicago, Interest Amount unknown for over 25 years.  Original Account in Father Cornelius Holmes.  Sharon Jefferson claimed to have help from Cassandra Woodland.

Sharon Jefferson Williams Hacked Grants from Indiana, for Lisa Williams Out Research Amount $120.000 thousands.  Christen Slater Help Girlfriend Tricia Kelly Impersonater Lisa Williams, which is the same person.  The Amount received with Brad Pitt $60,000 to $100,000 thousand.  Christen Slater claimed Tricia kelly of 770 Mount used Name and Social Security No.for Frauding Government Grants, and Loans.

Betsy Davis reported for Impersonating and Open Account with Chase Bank, in Lisa Holmes. Betsy Davis wrote Checks from Law Firm.  Amounts in the Billion, Grants Loan Process By Attorney RENZA with Crystal Johnson, and Toi Moniclief, and Dr. Jessica Williams was in My Name Lisa Williams.  Checks was written to Felon Fugitives for Murder for Hirer.

Char Smith Of 1134 Carrol Street Impersonater Lisa Williams, RN at San Franciscian in Dyer Indiana,  Check \s from Hospital was paid to Chara Smith of Hammond Indiana in 2023. Chara Smith impersonated Lisa Williams at US STEEL, Takeshia Randolph also Impersonated Lisa Williams at US STEEL.  My Test Scores was Stolen in 1996 or 1997 Tom Burnies, and Other HUMAN RESOURCE worker knew none were me Lisa Williams nor Lisa CAO, TOTALING AMOUNT OVER $300, 000 THOUSAND PAID TOFraudlent person, Sterling FBI, Knew Of FRauds.  Illegal Surveillance with OT28 is what other FBI IL confirmed. Tom Cruise's Takeshia Randolp and Tricia Kelly was Arrested at RESERVED BANK Impersonating later Teleported out of Jail in Illinois 2023.  Reportedf Felon Fugitive Brain Davis, Montae Mcghee was reported.
Fema Money, was claimed by Felon Fugitive Andre Wright in 2018.  IRS Worker relative to Betsy Davis helped, ALSO IRS Stmilus Money Claimed for 4yrs was over 34,000 thousand By Francesca Dodd Gonzalez.

Proof of moves, and Stalking with address and managers, Move to Gary Indiana , stalker Francesca Dodd Gonzalez and Brain Davis, Anthony Orr was reported Stalking.   Moves Cost to Calmet City, IL $72,000 thousand , Plus Electric with Illegal Hook Up Of NASA

Lisa Williams Reporting , Making a Request for Abreaviation & Acronyns

Request:  I can Prove President Trump is Quility of Knowing and participating in

      TREASON

Rquesting Acronyns for FBI Heads, Sterling and Warren, FBI AZ , Agent FRYS, FBI IL, Agent Mark

Scwinski, and Agent Lisa Forsett, Now Sicwinski, FBI IL, TREZ PUGH, FBI IL London Pugh.


      TREASON

NASA HEADS:  BILL NELSON, Senator Bill NELSON, Senator AZ, Mark Edward, NASA Willie NELSON,

                NASA, Dennis Quiad, Senator Nancy Pulaski, in Democrated Party, Congress Women

                 Elizabeth Warren, Republican Mitchell Oconnell, Republican John Bahner,

Relative Involved with Bill Gates, Son Christen Slater, EX- Wife Kristey Allen, Nancy Pulaski (Mother), and

Partner Warren Buffett, Andrew McCarthy, Pual McConaughey,John Travolta, Sean Penn,Lawerence
Fisburne,Tom Cruise, and son Involved, Ex- wife Nicole Kidman, son, Girlfriend Takeshia Randolh,
Christain Slater and Tricia Kelly and Maurice Kelly from Gary Indiana.  EX- Mayor Of Gary Indiana

Jerome Prince, Firered DCS Shannel Mannuel, DCS Cassandra Ramsey, US Gershaw Holmes, US Steele
Human Resources, Sandra House, US Kimberly, US Atwain, (known as Fat Lie) on The Plant.  US Steel

Plant Security, Participating in Frauds, especially State Trooper, are known KKK members,

Embezzlers Sharon Jefferson Williams, of PGE Company and sisters Tonjia Jefferson Dunbar, Kimberly
Mckinnely, Christy Jefferson, Delano Mckinnely, Fountain Jefferson, Lonnie Jefferson, Dejay
Jefferson,Shannon Jefferson, Gary Officer King, Cousin Partee, (Squeakie), Anthony orr, sister Dennis Orr

Janice Macklin, Trans Union Employee, Daughter Rachel Macklin,Tasha Macklin Jones, Darnell Jones,
Willie is the father.  This people paid to help Sharon Jefferson Hack, and Impersonation staff.  Sharon
Jefferson Williams stole 38 Billion Dollars from Reserved Bank with the help of Google Cassandra
Woodland, and sister Melody Woodland also Goggle Employee.  Their Children are also known Hackers.

Jamie Foxx's Family is known Hacker, and Killers Felony Family.  Mother Peggy Mcghee, was charged
with Crimes against children, Biological Mother is a Sister, charged with against children, neglected, and

SONs:  Vontae Mcghee, Swifty Mcghee, Departto( Felon Anthony Departto's father), Montae Mcghee,
Officer from Chicago Il reported for Car theft, killing, sexually Assault , Rodney Mcghee Charged with Car
Theft, sexually assaults allegations, Jermine Foxx, and sister Shane, and Candice was charge by DSC in
Chicago, Il for Mind Control equipment stolen from NASA.  Peggy foxx  Foster mother had Mind control
Equipment.  Inspector Mcghee, charged in Illinois for Murder, in IOWA, Clinton.  Escaped to Africa, Used

Illegal Nasa equipment Time Machine from NASA, call Time Travel, American Embrassey( Denied
ReEntry in County, or denied Citizenship.  Stephen Mcghee, was Hired to help kill Black People, and
trained by Jamie Foxx. Also Cousins Anthony Departto, Angela Departto , and little sister, sister Chicago

Cod Enforcement was trained, named Samantha Mcghee, Cousin Francesca Dodd Gonzalez, criminal Records reflect Theft, Drug Dealer, Criminal Activity with NSAS Equipment , Hacking Casino computer

Jamie Foxx involved with Brain Davis, and brother James Dodd, in Las Vegas, Kidnapied Victims Monique Greene was reported by Francesca Dodd husband Gonzalez, and her brother Jamies Dodd

Francesca Dodd Gonzlaez, and Chicago Il Code Enforcement, Felon Fugitve Brain Davis, and Boyfriend Anthony with cousin Swifty Mcghee, brother Byren Mcghee or Davis, his father is Brain Davis brother,Brain Davis came from 103 Parnell street, Chicago Il. The rest Of Jamie foxx family from

65th Sangonmona is southwest of Western, at Foxx family home with his father, and Mother, brother

Jermine Foxx, born 1982, and two sisters, children disappear from Peggy Mcghee foxx and husband house. Jamie Foxx was reported once by Candice Foxx, and Shame Foxx for sexually assault. Francesces

Dodd Gonzalez was also abused, by Jamie Foxx, and maid to Brad Pitt and Wife Angeline. Francesca

Dodd Gonzalez was a victim at first, 2001. With drug charges in Chicago, the Pitts excepted Jamie Foxx's cousin as a made, shortly a ,member of Scientology and taught to Kill with Sceintology Equipment. Sharon Jefferson Williams, and Francesca Dodd Gonzalez were friend with GOOGLE

Smart Cassandra Woodland. Cassandra Woodland has son with GOOLE Gemini. Some said Ownership

Make be hacked. Google Smartn is now good friend with Brad Pitt, and Lover. NASA Equipment

OT8, and OT28, thetan Equipment, with Illegal Surviellance, built with transmitter Infusion. Scienctology

Tom Cruiise was Claiming NASA Equipment as Scientology with Warren Buffett, and Bill Gates, inorder

To sell Government Equipment, Time Machine, Infusion Computer, Shocker, Shaker was sold in Gary Indiana, Officer of Gary, Merrillville, Shereville, Crown Point, Dyer Indiana, also Hammond Indiana, East Chicago, Indiana. Jamie Foxx, Christen Slater, Wilbert Schwarennger, Tom Cruise, John Tavolta, Brad Pitt

And Angelina Pitt, Lawrence Fishburne, Andre McCarthy, Paul Mcconaughey, Sean Penn, Jamie Foxx, Brain Davis, Anthony Orr, Sharon Jefferson, Tonjia Dunbar, Fountian Jefferson, Tonya Reed Cole, Lanard

Evans, Tangela Evans, Chicago Officer Samantha Mcghee or Departto Chicago Il, Chicago Annette Williams, Chicago Cherly Williams, Patricia Williams, Chicago Officer Cederick Parks, wife Renne Parks, Felon Fugitive Lanard Evans. These Criminal that stole my Trust under father Cornelius Holmes, at Reserved bank, in Chicago il. SOLD SCIENTOLOGY EQUIPMENT MADE BY NASA. Dennis Quaid

Taught celebritie how to operate equipment for movies in mid 1990's. NASA requipment is supposed to be rented to Hollywood Direct. Or used only with Owner of Direct Direct Weird Yancovick, Bernie Sanders's Biological Son. Once he paid NASA as the owner of Direct TV for Rental Purposes. Google

Gemini later further education over seas with Keanne Reaves, and Brad Pitts, with NASA in Eyptain

Due to a College with STARGATES studies. Some Call Pellpent BLUE. With NASA. Ban from PUBLIC.

American Public was ban. Why Demonstration in Northwest Indiana, and New York is explosing evidence

Lisa Williams Reporting                    8-21-2025
348 king street
Gary Indiana 46406

 CV-183-TLS-JEM
JOHN F. MARTIN
MAGISTRATE JUDGE JOHN MARTIN

Regarding Lawsuit with Medical Board, Payment stolen went Dr. Jessica Williams, and Sisiter
Crystal Johnson, Checks received placed in father accounts over.  $550.000, His Checks was
Over $200, 000 or more.  Money or refund happened 4-2024

Sharon Jefferson Williams , Impersonater Hacked 37 Billion,  Interested from Reserved Bank
In Chicago, Interest Amount unknown for over 25 years.  Original Account in Father Cornelius
Holmes.  Sharon Jefferson claimed to have help from Cassandra Woodland.

Sharon Jefferson Williams Hacked Grants from Indiana, for Lisa Williams Out Research
Amount $120.000 thousands.  Christen Slater Help Girlfriend Tricia Kelly Impersonater
Lisa Williams, which is the same person.  The Amount received with Brad Pitt $60,000 to
$100,000 thousand.  Christen Slater claimed Tricia kelly of 770 Mount used Name and
Social Security No.for Frauding Government Grants, and Loans.

Betsy Davis reported for Impersonating and Open Account with Chase Bank, in Lisa Holmes.
Betsy Davis wrote Checks from Law Firm.  Amounts in the Billion, Grants Loan Process
By Attorney RENZA with Crystal Johnson, and Toi Moniclief, and Dr. Jessica Williams was in My
Name Lisa Williams.  Checks was written to Felon Fugitives for Murder for Hirer.

Char Smith Of 1134 Carrol Street Impersonater Lisa Williams, RN at San Franciscian in Dyer
Indiana,  Check \s from Hospital was paid to Chara Smith of Hammond Indiana in 2023.
Chara Smith impersonated Lisa Williams at US STEEL, Takeshia Randolph also
Impersonated Lisa Williams at US STEEL.  My Test Scores was Stolen in 1996 or 1997
Tom Burnies, and Other HUMAN RESOURCE worker knew none were me Lisa Williams nor
Lisa CAO, TOTALING AMOUNT OVER $300, 000 THOUSAND PAID TOFraudlent person,
Sterling FBI, Knew Of FRauds.  Illegal Surveillance with OT28 is what other FBI IL confirmed.
Tom Cruise's Takeshia Randolp and Tricia Kelly was Arrested at RESERVED BANK
Impersonating later Teleported out of Jail in Illinois 2023.  Reportedf Felon Fugitive Brain Davis,
Montae Mcghee was reported.
Fema Money, was claimed by Felon Fugitive Andre Wright in 2018.  IRS Worker relative to
Betsy Davis helped, ALSO IRS Stmilus Money Claimed for 4yrs was over 34,000 thousand
By Francesca Dodd Gonzalez.

Proof of moves, and Stalking with address and managers, Move to Gary Indiana , stalker
Francesca Dodd Gonzalez and Brain Davis, Anthony Orr was reported Stalking.   Moves
Cost to Calmet City, IL $72,000 thousand , Plus Electric with Illegal Hook Up Of NASA

Equipment.  NASA/ Scientology Hook- Up Cost Extra $300.00 month
Teleporting, Portal Service, Infusion Computer, Time Machine.  Anthony Orr/ Lanardo Evans
Explain charges of service in Calumet City.  Food Was Poison and stolen.  Federal Prison
Guards Lenard Walker in 2019, and TOnya Reed Cole guard at the time explain Charges

Website set Up for Reality Show was many in growing with Scientology Tom Cruise and
Christen Slater.  Profit unknow.  Owners of websites was never charged for Years of Viewing.

Damages to apartment was $ 5,000, Apartment Name San Bridge Apartments in Calumet.
Caught with Apartment after I moved in was James Henderick and Jonnel Boyd.  Phuc Do
Cao Sr had a Apartment in Yamilla Cao's Name.  Officer King from Calumet is a Witnesses

Moved to Gary 5700 W. 6th Ave. Gary indiana costs was over $150.000 thousands in Damages
Including Vechile and Medical Bill of $7,000 thousands.  Myself and son Jayizee was Hurt.
Hammond HospitAL EMERGENCY ROOM.  Christen Slater Kits were found by Insurance
Investigator, Stalker James Henderick bought the vehicle from insurance Company.
Damages of Loss with Vechile, shot Tirer on expressway entering Chicago IL.
Damages for personal was blocked.  However Desired, Never Paid $20, 000 for intentional
Causing Car Carsh.  Witnesses  Winna Faye Reaves, Antonio Reaves, Sherese Mays, Yolanda
Mays.

Broken Enter Damages to Glass Door(Sliding), Carp, Urine,

Lisa Williams Reporting Losses :      2016 Hospital bill at Community          258,456
                                      2016 Methodist Hospital in Gary Indiana   124,000
                                      2017  Medthodist Hospital                 210,000
                                      2018 Franciscan Hospital      Testing      $400.00
                                      2019 Community Hospital, Munster/East Chicago indiana
                                      stay one month                           546,000

Due to Scientology demonstration, and only hearing NASA Audio, Poisoning, Glass being
digested,  Kidney infection, Liver Flushing, X-rays, Cat scanning, Hearing Evaluation.  The
Reason for these visit.  Daily Torture for Maurice Kelly, Phuc Do Cao Jr., Brain Davis, Anthony
Orr, Tricia Kelly, Winna faye, Andre wright, All Gary indiana Officers Knew.  Officers in Gary In.
Allen, Harris,  Dodson, House, made reports in Gary Indiana.  In Munster, Officer Moss.

Officers kelly, Gipson, Johnson, County officer Jenkins Knew of Harrassment.  Poisoning while
using NASA Equipment, OT8 and OT28, allowed Illegal entry.  James Henderick from Merrillville
Illegally had keys made to my Home at 5700 West Ave, in Gary indiana.  In Calumet Ave.  the
Same people were entering my apartment Damaging Furniture, steal, 2018 I Filed Identity Theft
My Macy Card was found with Shalian Shelton in River Oaks              Total      11,000
was not remmoved, although Officer caught Shalain Sheleton Impersonaing      Losses
Angela Davis Caught Using my Identity in Car Lot, and filing for elderly Grants , Car 56,000
                                                                   Grant      6,000

My son Jamarion Williams was injuried by Postal worker, slaming Body in Door.
 Impersonater, with illegal surveillance with OT28, Cash in                   15,000
 Postal worker with Claims was MS. Webb.  Not repayment was issued, due Scientology
 Members helping with Fraud.

As a Promoter of Hair Shows              Losses and Projected sales          35,000
at Genisis center
at ambridge  rental, Alchol, and Stolen Money                                150.000
At Lewis Hair show                      Losses and Project sale for adv.      -10,000
 at Bill Hair show                      Losses and  Project for adv           -10,000
 Sabatoshing, and Scientology spreaded rumors of being unsatified, but never was a customer.

Advertisement with Power 92.2, Victor V., Shandell,  Raw Radio              23,000
thru out a period of 5yrs.

Witnesses, Parris Harris told me to relocate, due to Poision of Cigarrette and Foods.
 Jamie Foxx, Francesca Dodd, Gonzalez, Angela Davis Love, Brain Davis, Maurice Kelly, and Phuc
 Do. Cao will poison your family.  Other person said, " They are trying to Kill her
                                        Calumet city 1yr  72,000
                                        My Car was hacked  13,000
                          Furniture Urinated from              8,000.00

My Son Phillip Cao Suffered Losses at 348 King Street, Gary indiana     Capital One charged 1,5,00

JC Penny Charges 4,500

Losses in Hospital Bill in Community Hospital TX, Meninigitis    240.000
   Balance Available

Loss Job Wages                               20,000

   Scientology Jimmy, " James Hendricks Urinated, Demond Moss
                      and Phuc Cao Sr. all had that Menigutis ,
                      and Urinated on Davonna Moore 7mos Pregant
                      and baby Kanero.

   At 5700 6th Ave. Money spend on Video in 2020 in September     8,000
   Scientology video shoot damaged, room invaded, Money Zapped    250.00
   three day stay in Hotel, Hacking on Cards was discovered Losses    750.00
   Used. During COVID Virus. My Unemployee Cash was Hacked by    2,400
   Hacked by Tonya Cole, and Lanardo Evans, Francesca Dodd Gonzalez    3,600
   Video by Cell, Phillip Cao Clothes missing for Video         600.00
Video winn with Federal Communition , Congress Elizabeth Warren, and Nancy Pulaski
   gave Checks to her son Christen Slater, Tom Cruise, passed to Jayzee, and Kevin Dodd
                Losses started in 2021-2024     10, Millions
               Winns 4-5 times with Federal communication.
   Insurance Placed on Phillip Cao, and Davonna Moore with 3 Baby Boys was the motivation
   for Scientology Killers, Current since birth Baby Kanero Cao, Karmelo Cao, Kirro Cao has been
   torture, presently Stargates with Organ Missisng. Dr. jessica Williams, Elizabeth Warren. And Angela
Davis, Swifty Mcghee wanted children Organ s       Losses Kidney, Liver, Spleen,
                                    limbs(legs)
                           Pituary Glands, Spleen
   Sean Williams, Montea mcghee feed them feece, Andre Wright Current seem forcing
   Karmelo, Kanero, Baby 2year to digest body Fluid from penis. Daily for 1yrs. Stargating
   is revivial reports with Scientology NASA Personnel has informed Officer participating
   Like State Trooper Cardine, and girlfriend Tonjia Jefferson Williams, Fountain Jefferson, Sharon
   Jefferson Williams, Brain Davis, Anthony Orr, James Henderick, Aaron Wright, andre Wright.
   Gary Officer, Montae Gipson.

Lisa Williams Reporting Losses :   2016 Hospital bill at Community            258,456
                                   2016 Methodist Hospital in Gary Indiana   124,000
                                   2017  Medthodist Hospital                 210,000
                                   2018 Franciscan Hospital      Testing      $400.00
                                   2019 Community Hospital, Munster/East Chicago indiana
                                   stay one month                            546,000

Due to Scientology demonstration, and only hearing NASA Audio, Poisoning, Glass being
digested,  Kidney infection, Liver Flushing, X-rays, Cat scanning, Hearing Evaluation.  The
Reason for these visit.  Daily Torture for Maurice Kelly, Phuc Do Cao Jr., Brain Davis, Anthony
Orr, Tricia Kelly, Winna faye, Andre wright, All Gary indiana Officers Knew.  Officers in Gary In.
Allen, Harris,  Dodson, House, made reports in Gary Indiana.  In Munster, Officer Moss.

Officers kelly, Gipson, Johnson, County officer Jenkins Knew of Harrassment.  Poisoning while
using NASA Equipment, OT8 and OT28, allowed Illegal entry.  James Henderick from Merrillville
Illegally had keys made to my Home at 5700 West Ave, in Gary indiana.  In Calumet Ave.  the
Same people were entering my apartment Damaging Furniture, steal, 2018 I Filed Identity Theft
My Macy Card was found with Shalian Shelton in River Oaks            Total     11,000
was not remmoved, although Officer caught Shalain Sheleton Impersonaing      Losses
Angela Davis Caught Using my Identity in Car Lot, and filing for elderly Grants , Car 56,000
                                                                    Grant     6,000


My son Jamarion Williams was injuried by Postal worker, slaming Body in Door.
 Impersonater, with illegal surveillance with OT28, Cash in                  15,000
 Postal worker with Claims was MS. Webb.  Not repayment was issued, due Scientology
 Members helping with Fraud.

As a Promoter of Hair Shows               Losses and Projected sales         35,000
at Genisis center
at ambridge  rental, Alchol, and Stolen Money                               150.000
At Lewis Hair show                        Losses and Project sale for adv.   -10,000
 at Bill Hair show                        Losses and  Project for adv        -10,000
 Sabatoshing, and Scientology spreaded rumors of being unsatified, but never was a customer.


Advertisement with Power 92.2, Victor V., Shandell,  Raw Radio                23,000
thru out a period of 5yrs.


Witnesses, Parris Harris told me to relocate, due to Poision of Cigarrette and Foods.
 Jamie Foxx, Francesca Dodd, Gonzalez, Angela Davis Love, Brain Davis, Maurice Kelly, and Phuc
 Do. Cao will poison your family.  Other person said, " They are trying to Kill her
                                        Calumet city 1yr  72,000
                                        My Car was hacked  13,000
                      Furniture Urinated from                8,000.00

My Son Phuc Do Cao Jr . Was Stalked Stalked Brain Davis, and Anthony Orr Since Early 2000. Force Entry in 336 kng street, gary Indiana was Sean Williams Now scientology Sean Williams, receiving payment from Jamie Foxx, Sharon Jefferson Williams, Avery lawerence, Aaron Wright, Andre Wright, Tonjia Jefferson Williams, Kimbe rely Mckinnely, Delano Mckinnely, Parris Reaves, Winna Faye Reaves, Anthony Orr Brain davis, Francesca Dodd Gonzalez all Scientology. President Trump, and Elizabeth Warren, the Congresses Woman, Brad Pit, Nancy Pulaski, and Senator John Bahner Pay Officers this year to stand down while felon Fugitive was attacking Phuc Do Cao Jr. Wilbert Scwharennger, and Arnold Scwharenneger paid felon Fugitve and jamie Foxx and brother Jermine Foxx ro attack Phuc Do Cao.

Swifty, Rodney, Vontea, Byren, Montae, Mcghee, and Sisiter Officer of gary indiana all attacked with weapons, of military style. On New year Days, is my most remember with Senator Nancy Pulaski, and Elizabeth Warren,Congresswomen, and Senator Nancy Pulaski, and senator John Bahner watch Phuc Do Cao Jr tortured and Tricia and Maurice Kelly attacked Karmela and Kanero Cao and and Mother Davonna Moore on Scientology Tom Cruise and Christen Order father Billie gates and Warren Buffet was their in Gary Burnswick Center. 7 bILLION WAS SPENT BY Nancy Pulaski, and Elizabeth Warren. What Bill Gates, and President Trump Spent in Gary indiana and Yuma Az for Officers to Stand down on Helping FBI new recruits, and Cao boys and Davonna Moore, Charles E. Sanders, Neomo Sanders, and Officer Isah. FBI Head Steriling Sworn Cao Jr. in in Burnswick Center in Yuma Az. In front of Agent FRY. Around April. In Novemeber 2023 Phuc Jr. was sucessfully with Dark Man flims. That Made Jamie Foxx and Brother Mad, and Christen slater, Brad Pit, FBI Warren, Wilbert Schwarrenneger. Wilbert was seen daybefore Christmas hidding Karmela Cao, and Kanero Cao with his Vechile in Hammond Indiana. Witnesses could not believe Wilbert and Sharon Jefferson Williams, and Andre Wright. Officer Witnesses the whole entried incident was Officer Cederick Parks, and Other FBI Agent witnesses these incident, community Parris wanted to save phuc Cao Jr. the Rescuer of Children. And Parris RN, and other Nurse Witnesses Stargates SONs Charles Ervins Sanders, and Phuc Do cao Jr. Torture has been continuely for since Christmas Eve.                         Losses wages   FBI for Phuc cao Jr.

My son phuc Cao, Losses his Life so many time
Salary            $80,000 starting

                                      Hero Paid for FBI saved, and Yuma
                                      Az officer being save none. FBI

                                      Sterling ungreatful

My Sons charles sander       Loses wages    Salary Of Yuma Sheriffic       65,000
                            Loses was also Business rental space for Annually 72,000 for
                                                Reality Offices
                             loses Commission on projected Sales      Millions dallars
       Loses of Body Parts, Limbs, Brain Surgery, removal without Consent
       My son Loses good Health for his self and children, grand daughter      PRICELESS

Of White Spremactic, and Ku klux Klan(KKK) involvement.  Brad Pitt, Keanne Reaves, Dennis Quiad,

Christen Slater, Tom  Cruise, Senator John Bahne, Willie Nelson, Brother Billie Nelson, and other NASA

Members, FBI Heads Sterling, Warren was Caught Calling me "NIGGER", yelling White POWER, using

NASA Equipment to invade my private and personally Life.  IllegaL Survieliance begin shorty after my
Trust for 38 Billion was Pentrated.  Sharon Jefferson Williams, evident of Hacking Account is in PGE, my
relative Cythnia Holmes was also Trying to Hack by father Cornelius Account.  My Father brother, and
Relative were also Hacketing my account at RESERVE Bank,  Senator Mitchell OConell, Jonh Bahner,
Nancy Pulaski, Barrack Obama, and Ex President Joe Bidden, Warren Buffett, and Bill Gates, Tom cruise,

Jamie Foxx, Brad Pit, was reported by workers(Tellers), and RESERVED BANK Mangers at different
location.  Mitchell O'conner imoersonated Attorney, and John Bahner.  The wanted million out of
account.  Bill Gater Caught impersonated Tricia Kelly and Christian Slater, Warren Buffett also
impersonated a friend of family inorder to get money for their family, Nancy was hacking from White
House.  Ex Bidden Daughter got money from my account.  Ex- Barrack, made inquries but no money
removed.  Warren Buffet family was helping impersonated Sharon Jefferson, and sister Tonjia Jefferson
Dunbar fropm Paul McCarthy.  Tom Cruise caught with Takeshia Randolph, Janie May a Vicitms caught

By Bank Teller, Landra Evans (Felon) caught at bank.  Girlfriend Tonjia Reed Cole caught using Friend to
Hack, EX- Chief of Police from Chicago, Il knew Tonjia Reed Cole, and landra Evans Hacking.  Check
System.  And Bank Teller uncover, and Capt Gregory Jones Investigated.  Elevenly, wife of EX- Chief

And Police officer Cedrick Parks Friend, Caught Helping Tonya Cole Evans from 71 street on Vernon Ave.

My friend from High School was Paid To Erase  my High School Diaploma, College Degree, and Work
History,  Tonya Reed Cole, Tangela, Tracey Evans, and FBI with Hacker Lanardo Evans, and cousin

Cynthia Holmes begin to tried to pay or offer Briebery to Erase me.  Lisa Holmes, Presently Williams.

My Government Records Hacked, College MTD Medical Hacked, DEGREE Hacked, and downgraded,
College History Hacked, Military Medical Volunteer Hacked from Oakland Naval Base, Naval Education
Earning nas student RN hacked.  Military personal Paid name Phuc Do Cao Sr. and Corey.  Brementon
Washington, Ricky washinton Naval Officer Retired reported Sharon Jefferson Williams, and Military

Brother reported Sharon Jefferson Williams wanted to Earse entired My Family, due me being a Owner

From Weird AL Yancovick's Direct TV and Stalite Owner.  With a budget of 38 Billions, Scientology Tom
Cruise and Christen Slater, Brad Pitt, Dennis Quaid, HGTV HOLMES, Jamie Foxx, Lawerence Fishbourne
was hired, FBI Sterling, FBi AZ, FBI Warren, BILL NELSON, GOOGLE GEMINI, CIA Colita Rice, Francesca
Dodd Gonzalez, Shane foxx, Samantha Departto, Brain Davis, Stephen mCgHEE, Anthony Departto,
Anthony Orr Train Hacker with Infusion Skills, Brain too.  NASA Secrects were being demonatrated.

                         Demonstration used to Kill Family Friends and close Co- Workers from the Base

New President Trump was involved the First Time with Mayor Jerome Prince in 2017.  Christian Slater

Said with NASA Equipment OT 28 COVID was Created by infusion Computer 2019.  ASTRONAUT

Investigated possibilities.   COVID Viruses Killed 1000 americans,   Nancy Pulaski knew her son Christen

Slater is a Weird Scientology and Illegal Owner of NASA Equipment, and always experiencement

With Animal in Labortaory.  Bill Gates was heard mentioning Human Sacrifices, more than once.

Present Trump, was who Senator Grandham, Senator Ted Cruz, Senator Mitchell Oconner, Senator,

JOHN Bahner, Senator Nasa Kelly, Senator Nasa Bill Nelson, Senator Ted Cruise and FBI Sterling,

FBI Warren, FBI Mark Scwiniski, and Wife Lisa Forsett il Illinois are consider KKK Heads.  Black

Women Billions are often Vicitms, by these men.  Oprah WinFrey Needed help.  I Notice Jamie

Foxx and Cousin Waynn Brother wanted to date.  Invesitagators with Homeland Security was

Suspicious of Jamie Foxx and Relatives caught Stalking.  Brain Davis was caught  stocking

 Russell Simmons, and brother Family.  TI was also Stalked by Jamie Foxx Family.  Micheal

Jordan was Killed. No Investigation really.  Micheal Jorden Actor was Stalked by several Members

Of Jamie Foxx Family, and Rodney Mcghee.  Relative King Von was killed by another rapper who claiming
Andre wright of scientology may have Paid him.  Terrace  Howard was Stalked by Scientology Members

With NASA Equipment.  Rapper NELLY, was told about Human Sacrifies, and with Reality show Is sister

Was Kipnaped from College il IL.  Montae Mcghee a Chicago Il Policemen, and brother Swifty Mcghee

And Departto mention.  Steve Havery, was threaten by Scientology member Jamie Foxx, and Queen

Latifah both Killed????  Malcom Warner dead is not a surprises according Brad Pit, cause he dated

White women.  Oscar Delahoya and Wife Melissia Son , Born Chicago Il University Hoospital seen

Last Night with KKK Barrack (State Trooper) and Lover of Francesca Dodd Gonzalez, seen with Delahoya

Baby of Melissa Dela Hoya.  Oscar Delahoya a Manager of Oliver Garden in Merrillville and Burkbank

Is Often Zappied, Beaten, Kidnapied, and Small Daughter Enslaved with Scientology Francesca Dodd
Gonzalez, and following orders of Waynn, Jamie Foxx, Brad Pitt, and received Briebery from President
Trump.  Sharon Jefferson Williams received Money from President Trump, My Landlord received bribery

From Trump, Scientology Tom Cruise, Ex- President Bush, Embezzler Sharon Jefferson and killer and
Landro Evan received money from Sharon Jefferson Williams and President Trump.  Officer in Gary
Indiana was paid not to arrested Felon Fugitive and Sexual Predator, Murders, Drug Dealers

FBI FRY in AZ Paid, AZ Yuma Sherrific Dpartment, and Yuma Police Department, Merrillville Police
Department, County Officers, Captiol Police, State Trooper, no arrest Officers Killing Black People.

Witnesses are Black, and White, also Latinos

Winna Faye Reaves Vicitims, grandmother and investior of Furniture store in Chicago Il demonstrated on
in 2017.  Loss Everything and Children were enslaved, Grandchildren Killed.  Parris Reaves, and Kia Reave
greene Loss the Family children were Killed and all 11 children died.  There family Loss 2millions in

merchdise, and Property, investment Hacked and used for embezzlement with Francesca Dodd Gonzalez,and  mother.  Presently Enslaved in Crown point Indiana with Brain Davis at Teak Apt.

Crown point Officer barrack state trooper, and Officer Bliss Crown Point, Bliss State Trooper, all knew Kia Greene Daughter killing were not going to investigated.  Although Stephen Mcghee, Ex- Gary Indiana was question about Unique Green kidnaping, Willie Brooks of Us steel Wife were Both Kipnap in

2022.  US Steel Will Brooks notice Jamie Foxx Family, Google Gemini, Christian Slater, Tricia Kelly, Francesca Gonzalez and Jonnel Boyd were all movied after myself in husband Richard Williams move

With Children in 2020 of August.  Later Jefferson, Williams, Dodd, Foxx, Mcghee, Kelly, Evans, Macklin,

Greene, Mays, Prince, Andre Wright, Windell Carter, Maurice Kelly, and Betsy Davis taylor, Nate Lcketti

Jessica Williams, Crystal Williams johnson. Officers reported them from Chicago Il.  Lenardo Walker, and other Walker from long line Officers notice, including Officers Delahoya, and FBI Trez Pugh.  KKK Officer

Mark zimmberlin was with Francesca Dodd Gonzalez was training Other Officer to Kill Scientology Style

In Zimmberlin Family and Barrock Family.  PNt Caption, Internal Affair over Crown Point Officers were receiving briebery.  With a 38 Billion Dollar trust, and Black women I was had GOOGLE STALKER< AND Eward Snowden, from CIA previous a spy in Korean.  Now in Crown Point.

Francesca Dodd Gonzalez and Brad Pitt, Tom Cruise, Betsy Davis, Crystal Johnson, Tonjia Jefferson Dunbar, Jerome prince, State trooper, Barrack, Crystal Johnson, Kia greene, Tonya Reed Cole, Janice Landry,  from Cypress point apt, and heritages Apt. was watch by Lan Enforcement in Indiana.  IRS

Office was reported, and State trooper Trindad knew Impersonater were with Officers like Fracesca Dodd Gonzalez, Irs Worker relative to Reported Betsy Taylor Davis , was given my personnel information. Irs Emolyee and Fema relative in IRS Offices was reported by Satae Trooper.  Betsy Taylor Davis was reported to Displinary Commission  in Indianapolis.  Attorney Bernard Carter impersonated

Me lisa Holmes, Nicole Perkins Carter was reported by relative.  Nicole Carter wife of attorney Benard Carter was reported by Jude Clyde Jones.  His son investigated, Attorney REnza, and Betsy Taylor Davis, and from Gary Indiana.  Investigation after I reported embezzlers Betsy Davis to Displinary Commission,

LaCarra Henderick was reported by Teller impersonating Lisa Holmes.  Later IN 2023 Judge Clyde Jone was Kidnapied and Killed, his son and grand son seen in Gary Indiana Burnswick Center, State trooper

Barrock would not help Judge Clyde Jone, State Trooper Barrock, Stae Trooper Merrick, State Trooper

Jo0hnson, Gary Officer Jenkins, Gary Officer Allen, County Officer Allen, State Trooper Cardine

All new President Trump did not want HELP Black Elite.  Judge Clyde Jones, nor my self Lisa Holmes

Williams.  I was never Offered Police Protect.  Althought Local Law Enforcement new my killer from Jamie Foxx Family, and Jefferson Family, Macklin, Brad Pitt,  Tom Cruise, Nancy Pulaski, FBI Sterling

And Warren proven to involved with ATTEMPT on my Life and family.  Attempt sometime happen

Recorded, with Engineer Larey Wilson, Charles Bowden, Major Ward, also Congress Bernie Sanders, Owner of NASA Statelite Weird Al Yancovick, some member in Jamie foxx Family Knew , Charles Ervin sanders of Naval knew, Early hughes naval knew , Need Finger Prints from witnesses and vicitims.


BET Owner in Chicago, Il Investor Cornelius Holmes, aware of attempts on life.  FBI, CIA was not provided protection.  San Francsico Ca federal worker did not Understand no police, FBI, CIA, nor Military protection from  Scientology Killer, Why did Jamie Foxx, Christen Slater, Tom Cruise claim

NASA Equipment.  Federal Worker 450 Clement , Did not know Why I was not Protected after, Congress

Bernie Sanders  learned and proved Tom Cruised Killed Yancovick owner of Stalite.   Right now I record Events with Witnesses  of Scientology NASA Demonstration and their Victims.

Law Enforcement Involved or committed Criminial Activity

With Human Traffier

Gary indiana Shonda Mcghee
        Inspector Stephen Mcghee
        ANTHONY Departto 1134 Carrol street Officers
        Craig Love
        Brandon Jenkins was Paid
        County Officer Micheal Jenkins
        County Officer Jerry Rice
        County Officer Moss
        County Officer Motion
        State Trooper
        Barrock
        Merrick
        Goshay
        Bliss
        Trindad
        Hammond Officers
        Allen
        Romoore
        IGC Craig Love
        Latikker
        Murphy and brothers
        Crown point Officer
        PNT Capt. in Barrock family
        Mayor in Gary Indana Jerome Prince
        MaYor in Crown Point( Knew0
        Shereville Offices relatives to Crown Point  was asked to stand down
        And Dyer Officers were too.
        Officer in East Chicago received Bribery, according Sharon Jefferson Williams
        Merrillville Officer listen to Officer Gary Montae Gipson human Trafficier AND
WORKING WITH JEROMME PRINCE.
        Gary Officer veterAN fRANK
        CHicago Officer Cederick Parks, wife Rena impersonated me
        Chicago Offier FBI Mark and Wife Lisa both FBI
        Keshia King Husband
        Chicago Mark Brother
        FBI Trez, London PUGH, and his daughter, knew his wife Lisa impersonated
        Me inorder to cash check

My Son Phuc Do Cao Jr . Was Stalked Stalked Brain Davis, and Anthony Orr
Since Early 2000. Force Entry in 336 kng street, gary Indiana was Sean Williams
Now scientology Sean Williams, receiving payment from Jamie Foxx, Sharon Jefferson
Williams, Avery lawerence, Aaron Wright, Andre Wright, Tonjia Jefferson Williams, Kimbe
rely Mckinnely, Delano Mckinnely, Parris Reaves, Winna Faye Reaves, Anthony Orr
Brain davis, Francesca Dodd Gonzalez all Scientology.   President Trump, and Elizabeth
Warren, the Congresses Woman, Brad Pit, Nancy Pulaski, and Senator John Bahner
Pay Officers this year to stand down while felon Fugitive was attacking Phuc Do
Cao Jr.  Wilbert Scwharennger, and Arnold Scwharenneger paid felon Fugitve
and jamie Foxx and brother Jermine Foxx ro attack Phuc Do Cao.

Swifty, Rodney, Vontea, Byren, Montae, Mcghee, and Sisiter Officer of gary indiana all attacked
with weapons, of military style.  On New year Days, is my most remember with Senator Nancy
Pulaski, and Elizabeth Warren,Congresswomen, and Senator Nancy Pulaski, and senator John Bahner
watch Phuc Do Cao Jr tortured and Tricia and Maurice Kelly attacked Karmela and Kanero Cao and
and Mother Davonna Moore on Scientology Tom Cruise and Christen Order father Billie gates and
Warren Buffet was their in Gary Burnswick Center.   7 bILLION WAS SPENT BY Nancy
Pulaski, and Elizabeth Warren.  What Bill Gates, and President Trump Spent in Gary indiana and Yuma
Az for Officers to Stand down on Helping FBI new recruits, and Cao boys and Davonna Moore,
Charles E. Sanders, Neomo Sanders, and Officer Isah.   FBI Head Steriling Sworn Cao Jr. in in
Burnswick Center in Yuma Az.  In front of Agent FRY.  Around April.  In Novemeber 2023
Phuc Jr. was sucessfully with Dark Man flims.  That Made Jamie Foxx and Brother Mad, and Christen
slater, Brad Pit, FBI Warren, Wilbert Schwarrenneger.  Wilbert was seen daybefore Christmas hidding
Karmela Cao, and Kanero Cao with his Vechile in Hammond Indiana.  Witnesses could not believe
Wilbert and Sharon Jefferson Williams, and Andre Wright.  Officer Witnesses the whole entried
incident was Officer Cederick Parks, and Other FBI Agent witnesses these incident, community
Parris wanted to save phuc Cao Jr. the Rescuer of Children.  And Parris RN, and other Nurse Witnesses
Stargates SONs Charles Ervins Sanders, and Phuc Do cao Jr.  Torture has been continuely for since
Christmas Eve.                                           Losses wages   FBI for Phuc cao Jr.
My son phuc Cao, Losses his Life so many time
Salary              $80,000 starting

                                        Hero Paid for FBI saved, and Yuma
                                         Az officer being save none.  FBI
                                         Sterling ungreatful


My Sons charles sander        Loses wages      Salary Of Yuma Sheriffic          65,000
                              Loses was also Business rental space for Annually 72,000 for
                                                                         Reality Offices
                              loses Commission on projected Sales        Millions dallars
        Loses of Body Parts, Limbs, Brain Surgery, removal without Consent
        My son Loses good Health for his self and children, grand daughter          PRICELESS

Direct Tv Manager Wages, and Yanocnvicks
Losses
For 2004.


Al Yancovick the owner of Statelite Wages, or Salary as the Own possisble projective sales
From Rental with Scientology Churchs, under Senator John Bahner, Senator Nancy Pulaski,
and Tom Cruise and Ex-Wifes and grown Son, with the Help of Brad Pit, and Angelene
Pit, and Christen slaters, Wilbert Scwharenneger . Are responsible for Al Yancovick
Death. Confession Of Tom Cruise to Sean Williams, whom hirer for 10,000 to kill
Al Yancovick, Owner of Stalite Dish, MTV, and Once part own Of BET in Chicago Il.


Wilbert Schwarrennger fake Ownersip of Direct TV in 2023   the Company worth he
claim was                    "780,000,000,00",  Actually the Theives of this Company
and the Murders did not know.  Sean Williams was Aurgued that Tom Cruise Lied
about the important of this man.  Sean Williams did not recognized Al Yancovick.


Charles Bolden, NASA claimed while Stargate on purposed cause Tom Cruise, Brad Pit,
Jamie Foxx, and Wilbert Schwarzenneger also planned killing while Al Yancovick was Kid
napied in Scientology Building.  Scientology Fathers Bill Gater, and Christen Slater, and Warren
Buffett and friend Bill Nelson was Involved.  Federal Communication was "Tempered" and being
ROB.   Gary Ot 28 and Ot 8 reveal scientology  Weird Al being tortured, His Father Congress
Bernie Sanders was diappointed and very Hurt.  Last winter Bernie Sanders was Kidnapied and
Kidnapied torture daily since March(?),  My son phuc Do Cao Jr saved Bernie Sanders more than
4times from tom Tom Cruise, Brad Pit, Jamie Foxx.  Yuma az, and State Trooperin Indiana, and
Gary Officers caught Tom, Brad, Jamie with Stargates Bernie Sanders Body.  Witnesses and Doctors
in the Private Sectors also hostages said" Bernie sander", is Mind Controlled by Tom Cruise, and
Google Smart Gemini and Brad Pit, are helping them get Checks Cash in Congress Bernie
Sanders personnel Accounts, and Government Check Book. On OT 28 , FBI, CIA, YUMA<
Northwest Law Enforcement was reported by Lisa Williams a Billionaire Embezzler .  Conggress
Bernie  Sanders was being attacked.  Wilbert was Zaping, Tom, Brad. Jamie all Zapping
Congessmen and Illegal Surgical Brain Procedure means possiblely Removal with consent,
Bernie Sander was alive communicating withComputer.  Witnese stargate NASA Charle Bolden,
and other astronuat, Sws service from San Francisco, Ca.  Also witness while Hostages.  Jenny
Woodland from Beverly Hill Area, or Los Angeles, Ca was Hostages of Scientology Tom Cruise, Brad
Pit, Sharon Jefferson Williams and Fountain Jefferson.  Jennifer Woodland was Teleported, Portal,
Zappied and Infused for Hidden in other Person( Felon fugitive with criminal intend.  Crown point
Indiana, Cypresses Point at 920Building C81 witnesses saw Jenny Woodland Car.


These NASA Kidnapier are not Astronuaut, Shock, and Shaker, US Custom, and Army Base on Yuma
did not see license noe permitt, no Ownership Papers, from Scientology trying to steal Al Yancovick
 Company.  Tom Cruise, Brad Pit , Christen slater, Bill Gates, Warren Buffet, Willie Nelson, John
Bahner DON"T UNDERSTAND THIS THE SAME COMPANY BET< MTV< NOW Direct TV.

Witnesses and Military Personnel
Witnesses Torture, Death, of my Family Members


Investigator Army Mayor Ward, once at Texas Army Base, Need Finger Print, ( Picture from 80)
to confirm
Investigator Larry Wilson, San Francsico, CA   Veteran Hospital
Social work services Chief Keith Wilson San Franscio, CA
Social Work Service Suzzane Demong Sutherland, need Finger Print
Social Worker, Lic. Dr. Kate Pyscharitic
Social Worker, Lic Kathleen
Social Worker Mike
Social worker Tom Hanks, Need Finger Printed
Social Worker Keith Sutherland , Need Finger Print
POV, Lot Spervisor Heather Of Oakland, California need finger Prints,
SWS Susan Need Finger Printing and her Husband
Keith Wilson wife was Killed, by Tom Cruise,  at her home
Kidnapied Charles Bolden, NASA 1st Black american Astronuat in 19late 70, now 71.
Nasa Charles Bolden experience Stargates, Angela Departto Love, removed Brain, Hand, and Feet
to hide Identity.  Google Gemini, and  Sharon Jefferson Williams and Francesca dodd gonzalez
and Waynn was seen in Hammond Indiana and Merillville on 92nd street.  Scientology 28 will
reveal innocent of Criminal activity.
Naval John Lenard, and Norlkford Allen
Army joey Washington,
Navy Ricky  Washington
Army Teddy Washington
Sherese Washington
Eddie, and micheal Washinton of army was Killed.
Army Larry Wilson Son, of Vallejo Ca.
Army Henery was Shot in Army from Indianapolis is proven to be Kennedy Carter Father
Army in Oakland, now Federal Building 450 Clement street Tracy Demspter
Army Demspter,
Federal Build Worker McGregor,
Federal Worker Debra Garland
NaVy Charles Erwin sanders Veteran present with Postal Service and Wife
Greatlake Gs work Janice Mays
Navy Dennis Landury and Veteran FireMan from Great lake,Il
Navy Dave Sander from North Chicago,il
Military Barrack 905 indiana Involved, presently State Trooper,
Veteran Douglas Mays, Veteran in Ilnois
Navy attorney Mays
Army Marshall Mays Jr.
Greatlakes Gs worker Crystal Davis
Chicago il Downtown Administration Margrett Collins
Margrett son was a Vicitms of Swifty Mcghee
Corey May Sr. McDonal Manager of Housekeeping  north chicago,Il
Ethel Williams, and daughter Delena Mays recently Victim, by Jamie Foxx Family
Veteran Navy Parris Reaves, Present Kidnapied( Black Flim)s

Social woker, Linda Collins
Social workerShnekia Collins
Medical assisted Monique Collins
 Scoll Officer in Chicago Il Lorretta Collins
Michelle collins, Chicago Il
 Eric Collins,
 Eric Collins
 Erica Collins
 Andrew collins
 Andrew Collin Jr.
 MRS. COLLLINS
 Bush Knocks
 Carroll Knox
 Husband
 Michelle dixon, from Hirsch High School 1978
 Michelle Bulter  from Hirsch High Scholl 1978
 Gregorgy jones
 Cythnia Bulter from Hirsch High School
 Karon from James Madison 1977
 Robin Jones from James Madison 1978
  Oliver jones from James Madison 1978
   Claudette Hirsch High School 1980 Volley
   Lisa r