UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LISA WILLIAMS,  )  <br>      Plaintiff,  ) <br>  ) <br>   v.  ) <br>  ) <br> MTV, *et al.*,  ) <br>      Defendants.  ) | CAUSE NO.: 2:25-CV-183-TLS-JEM |

**ORDER**

This matter is before the Court on a document [DE 11], filed by Lisa Williams, proceeding *pro se*, on August 27, 2025. The document was faxed to the Northern District of Indiana Probation office, and as a courtesy they delivered it to the Clerk of the Court. Faxing a document to someone is not the proper way to have something filed, particularly when the document is faxed someplace other than the Court. Further documents received by fax will not be filed. The document appears to be copies of an Order of the Court as well as miscellaneous other documents. There is no request for any relief, nor does the filing comply with the rules relative to proper Court filings.

Accordingly, the Court **STRIKES** the document at [DE 11]. The Court **AFFIRMS** the deadline for Plaintiff to belatedly file, on or before **September 10, 2025**, summons to serve each of the Defendants in this case as described in the Court's order of July 14, 2025 [DE 9]. Failure to do so will result in the issuance of an Order to Show Cause and may result in dismissal of this action.

SO ORDERED this 28th day of August, 2025.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   Counsel of record
      Plaintiff, *pro se*