# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| LISA WILLIAMS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:25-CV-183-TLS-JEM |
| ) | |
| MTV, *et al.*, ) | |
|     Defendants. ) | |

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte.* On August 18, 2025, the Court entered an order [DE 10] ordering Plaintiff to issue summons to serve Defendants on or before September 10, 2025. On August 28, 2025, the Court entered an order [DE 12] affirming the September 10, 2025, deadline. Plaintiff failed to file summons.

Accordingly, the Court **ORDERS** Plaintiff Lisa Williams to appear **in person** before this Court on **October 23, 2025, at 9:30 a.m.** (Central Time), 5400 Federal Plaza, Hammond, Indiana, Magistrate Courtroom 3, to **SHOW CAUSE**, if any, why she should not be held in contempt of Court and sanctioned for her failure to issue summons as ordered in the August 18 and August 28, 2025 orders.

The Court **WARNS** Plaintiff Williams that failure to appear at this Show Cause Hearing may result in sanctions, including dismissal of this case.

SO ORDERED this 26th day of September, 2025.

                                                                          s/ John E. Martin
                                                                          MAGISTRATE JUDGE JOHN E. MARTIN
                                                                          UNITED STATES DISTRICT COURT

cc:    Plaintiff, *pro se,* 348 King Street, Gary, IN 46406
          by regular and certified mail, return receipt requested