

-FILED-
OCT 23 2025
Chanda J. Berla, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
10-22-25

⋯a Williams, EEOC DirectV and MTV
App⋯⋯ to this Position EEOC of Direct TV
And MTV. from Chicago BET

2:25cv183

Senator Ram Paul, of Republican Party not then Owner of this Business Direct TV and MTV. And never was.

In April 2019 Alfread Yanvick,Gary Indiana. Looking for Share Holder Lisa Cao Williams of 348 King Street. Cornelius Holmes , Leading Shares and Stock holder is my Father with Satelite connection in Mississippi, Military Base. Cornelius Holmes Married Deloris Holmes From Hales Quarters in the 1960. Later help found BET, Black Entertainment in Chicago IL. Filled with RB Singers, and Rappers, and 32 Fox News. Also the latest Investor Of Chicago IL Of MTV, later . The Howard Stern show, on Radio with Father. Joined the team. This Team Was created by Weird AL Yancovick. So, Howard Stein is a Witnesses, and help found the Comedy with MTV Radio, But became an employee of MTV with Weird AL Yanvick.

MTV and DirectV Teams of Manager, Writers of the Howard Stein Show with Comedian did Not play with Policians. Comedian Often made Fun of Hiliary Clinton, Sarah Palin and ETC. While funding Congressmen Bernie Sanders Complaint.
MTV Radio Television and Direct TV is the same owner of Satelite call a Dish in Space.
As Marketing Specialist of slots for the show, for oversea's Talent since 1993. That's
The Team I was Own in Richmond VA. For extra money call, Commission Paid.

My Father Residuals was paid by Susan Yanvick, wife of Alfread Yanvick. Passed away After murder for Hirer with Scientology Church. Weird AL was Kidnappied by Tom Cruise,Brad Pit, and Christen Slater, Warren Buffett, Bill Gates in the Scientology Building. Astronaut Of NASA was Killed who Known. Dr. Ben Carters knew, Keanne Reaves Knew, Lawrence Fishbourne, Westly snipe, Jamie Foxx, Will Smith, Wilbert Schwarrenger Knew. FBI Sterling . And FBI Warren knew, and Senator Nancy Pulaski, Senator Elizabeth Warren, and other the members of Republican Party. Said Government Workers of VA Hospital. Bill Nelson and Denise Quay had Provide Scientology Killers with Torturist Equipment. President Trump, and Colita Rice, with boyfriend George Bush witnesses Captive. According to other member Of the Scientology Church all Celebrities. Weird AL Yanvick Captive in Scientology Building Is on Scientology Computer, which Records not Erase. They Had Weird AL Yanvick as a prisoner and he Congressmen Bernie Sanders son was treated like a slaved by by Scientology Church for many Years.



**Congressmen Bernie Sanders Agenda with expected Take Over for Son.**

Insiders from Scientology Building on Hollywood Blvd, in Los Angeles California, and Scientology church, a other Location need a warrant. Bernie Sanders, GS Workers From Veteran Administration Hospital, Government Worker in Federal Building like Sacramento California Chauncey. Charles Ervin Sanders Jr. and senior is reported with Scientology Jayzee and Lil Dirt. The Sanders Family may all be in Atlantic Georgia. iChildren and women, Insiders are witnesses. Where Senator come to "PLeasure themselves, children
Are excluded. This is a Violation Of 13 amendment. No President should be violating the Constitutional Rights of Americans. Illegal Demonstration is a Violation.

Susan Sutherland, and Husband Keith Sutherland, Catherine, Katie Government Workers, and Major Ward of Army Base also has experienced rebirth or Revivialized.

Legal Addressing Sceintology Tom Cruise for paying execution fee, and planning death
Legal ligation with Google Smart and girlfriend Cassandra Woodland and sister Melody
Ligation with Trans Union
Ligation with Bribery paid to Law Enforcement including FBI, and CIA, Yuma Local Sheriffic Office, and Internal Affair. Officer did not take Government worker Reports, nor Provide Police Protection. Illegal Surgical Procedure with Tom Cruise Removal of Partial Cebral( Brain), with no injury including: Bernie Sanders, 1st Black Astronuant, Ist Black Fbi/ NASA Phuc Do Cao Jr., and Davonna Moore and Children. Witnesses saw Davonna Moore Brain in a Jar in Heritage Apt, in Crown Point, Indiana.
Bernie Sanders, "Congressmen" and attorney of Voices of Cartoon Charater is currently in Burnswick center Officers have OT28 and viewing torturre. Fire Dept have OT28 in Northwest Indiana. The Governor have NASA Equipment. So far, Insiders are relaying torture Known to different citizen.

Contact Congressmen Bernie Sannders, I advised medical Check, and routine XRay on all Vicitims.

LIgation for other Scientology Members with the church is concerning

Checks Vicitims Cao Kulture, Known as Phillip  219 455- 1048
Che
 Charles Sanders Jr in Yuma Victims with Brain Removal Illegally 928 3152818
Check Davonna Moore, and family 4972 Vermont Street, Gary Indiana 972 948-4880
Also friends with Nekeema in the Burnswick Area. Help Nekeena SOS.
SOS Governement Workers, th

EOC Lisa Williams Reporting                                              10-22-2025
Direct TV - MTV's    MEMO

Current Events of the week:  Scientology Tom Cruise, Christen Slater, Brad Pit, Wilbert Schwarzenegger are not the owners of this Businesses, Although Senator Charles Schumer Tired to illegal have false Business Ownership processed 2weeks ago.  Government Attorney In Indianapolis confirmed Bad Business practice with Better Business Bureau.

President Trump is deadly involved with Sharon Jefferson Williams, sister Tonjia Jefferson Williams, at Yancht Club New Development Housing on 129th Street, the st House from the Corner.  Currently Jamie Foxx, and Waynn Brother are there.  Yacht Club House confirmed Senators from Washington DC. while NASA Equipment used on Civilians in Indiana, Demonstration conducted by Felon Fugitive and unlicense :Personnel.  Dr. Jessica, Cardiologist with VOO DOO Dolls demonstration was used last night, with Felon Fugitive Francesca Dodd Gonzalez at 945 Indiana Ave.  Crown Point Indiana.

REBirth of Larry Wilson, Veteran Adm a to Kill Gs-13, Jamie Foxx, Killed Larry Wilson Family with Tom Cruise from Vallejo California.  Witnesses to Rebirth with Infusion Medothist of Infusion Surgery was Shelkia Finely Lenard from Oakland California and Hostage of FBI.
Larry Wilson, GS 13 Engineer from VA Adminstration birth which mean death, Memory of
. smell and conversation what victims are confirming.



**Lisa Williams : Continue with current updates of Forced surgical procedures
With SCIENTOLOGY KIDNAPIER DOUBLING DOWN WITH
TRUMP AS PRESIDENT, AND EXPRESIDENTS.**

Testimony of Dr. Melissia Carter of Mesa Science, Dr. Tina Byers, Dr. SWS Kate, Dr. Keith Wilson, Chief SWS, Dr. Keith Sutherland, SWS Assistance Chief Keith Sutherland, Dr. Cathleen from Veteran Administration Government Worker Investigator from Sacramento California Chancey was Killed. Best Friend Deywane Of Oakland California and Veteran Early Hugh of Oakland California Killed. Secretary Marion for 40 yrs, POV Lot Army Base, Supervisor Heather, Environmental worker with Agriculture and Custom. All Take hostages by Scientology, Church/ Senator/ President Trump. All experience Sexual Assault, Abuse physically. General Mills Gene, Robert, Toni, and Patty.

Scientology Baby Born to Melissa Delahoya, and Oscar Delahoya and FBI PHUC Do Cao. The situation Of Kidnapped Phuc Do Cao Jr. and Oscar Kidnapped at reported location Gary Indiana Brunswick Center. 726 Clark Road, and 1134 Carroll Street, Hammond. Oscar Delahoya and Phuc Do Cao did not sign up For the Reproduction system to be switched. After Procedure victims were released. Oscar interment moment With wife, Melissa Delahoya, resorted with a baby Boy, born Early last year as Baby Boy Delahoya by Melissia Delahoya,at University of Chicago Il. on the south side, of Chicago Il, where friend RN King worked.

Francesca Dodd Gonzalez, State Trooper Barrack, STate Trooper Bliss, and Crown Point Bliss, Officer Mark Zimmblin from Chicago, Il, was help Francesca Dodd Gonzalez a Felon Women sleeping with All these Officers, and FBI Mark. Felon Fugitive Montae Mcghee, Swifty Mcghee, Rodney Mcghee, Kevin Dodd, Erniesteen Dodd, was help. Neighbor at 905 Indiana Blvd, State Trooper Barrack mother, And Brother Enlaw was Helping. Christen Slater, Kimberly Mckinnely, Keshia Jefferson, Crystal Jefferson, Sharon Jefferson of Cypress Pointe Apt. In Crown Point Indiana were helping Francesca Dodd Gonzalez. Including Phuc Do cao Sr. , and Yamilla Cao at Heritage Apt. Internal Affair Barrack would not help. Scientology Jessica Williams cut this baby in Half for infusion surgery, and Usher paid Lover Francesca Dodd Gonzalez for beautiful Light Brown Eyes. Angele Departto Love cut Baby Delahyo open to drain Blood. Cassandra Role a Witnesses was paid alone with the Role Brothers. Sexual Consent on New Createed Body was Keeane Waynn, Tom Davis, according to Jamie Foxx, and Sharon Jefferson Williams, Comedians were caught by Oliver Garden Gene and Toni. Sharon Jefferson Williams and Tonjia Jefferson are Known Humana Traciffier were kinda Angry and reported the Yanckty Clubhouse. Senator Chuck Schumer, Tom Cruise, Wilbert Schwarenegge, President Trump, John Bahner Senator, Nancy Pulaski was passing'checks. That Delahoya Baby was never investigated. Nurse were paid at University Hospital. Nurse MoMo was upset. Nurses in Crown point Indiana reported State Trooper Barrack and Girlfriend Francescia Gonzalez as Killers. Crown Point, Indiana did not help Delahoya' Baby a Beautiful Boy.

Oscar's Daughter Often ask about her light skinned little brother kidnapped at 6 mons Francesca Dodd Gonzalez and state Troopers. Currently living with different Family members on Indiana Ave. Crown Point. Indiana. Witnesses Charquanza, Shawn Taylor, Demond taylor, Micheal Hale, Pierre Hale,Parris Reaves, Davonna Moore, Versa Moore, Chad Denie, these monster kill 1st child of Phuc Do Cao, which he favored.