

**Lisa Williams,** Owner of Direct TV- MTV
From Chicago Il BET
Appointed Position by Congressmen,
Bernie Sanders, and Owner Alfred Matthew Yanvick
Rest in peace (4-19).

2:25cv183

10-21-2025 -FILED-
PG1
OCT 23 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

NASA: **Bill Nelson, and Dennis Quay gave Bill Gates, and Warren Buffett son Actor Nasa Equipment, and accessed to Teleporters and Portal Services . This Equipment was restricted for Astronauts only within NASA / Scientology Building On Hollywood Blvd., in California. Witnesses of Usages to Hollywood Celebrities Is Charles Bowden, NASA Head from San Francisco, California.**

Celebrities Christen Slater, Tom Cruise, Brad Pit, Keeanne Reaves, Gemini Google Smart,
Wilbert Schwarzenegger, and Ex Senator, Arnold Schwarzenegger Actor, Senator John Bahner,
Senator Mitchel O'Connor, Head of Republican Party, Senator Ted Crew, Senator Lindesy
Graham, Senator Nancy Pulaski, Head of Democratic Party, and mother of Christen Slater
Andrew McCarthy, Paul McCongaughty, and Micheal Gracen all relative to Warren Buffet.
Jamie Fox Family was taught by Brad Pit and Angelena. Cousin Francesca Dodd, Shannon Waynn, Kenne Wayn, Anthony Departto, sister Angela Departor Davis Love, cousin Felon Fugive Brain Davis, Byren Davis, Kevin Dodd(May Back rapper name") father Feddie Dodd,
Kevin Dodd, Roderick Dodd, and son,  Jamie Foxx' Brother Butcher Stephen Mcghee,
Christen Slater taught Felon Fugitive Maurice Kelly, Tricia kelly, Lawrence Kelly, Micheal Kelly is state trooper of Indiana. County Officer Micheal Jenkins, County Officer Jerry Rice, Felon Fugitive Melvin Bruce at 726 Durbin Street.
The Teaching of NASA of Equipment is call Scientology equipment. Officers relatives to Killers. Sharon Jefferson Williams learn
From Francesca Dodd Gonzalez and Brain Davis,  Dezarro Mckinnely, Delano Mckinnely, mother Kimberly Mckinnely begin stilling with Sharon Jefferson Williams' son Fontain Jefferson Williams, also Sharon was employed by PGE and ComED Of Chicago Il.  Buy Scientology
Equipment with co worker Anthony Orr, Kia Reaves, Parris Reaves, Winna Fayes Reave was taught on 6327 Artesian street. A Few block from Western where Jamie Foxx mother and Father
Live. Monique Foxx's mother owned a building a Block away became a victims, after
Jamie Foxx gave his Family equipment.  This Equipment was always a Problem for my brother
Micheal Hales, which Montae Mcghee bragged about killing my brother Micheal Hale.  Jamie Foxx family was jealous of Micheal Hale, and Killed him with NASA Equipment.

Glass on in small pieces were found on his Liver in 2016.  Infusion is how Family go Michael Hale Liver down, Splendid was taken. Infusion surgery is how Francesca Dodd Gonzalez was seen on the OT8 computer.   Cousin Anthony Departto, and Lanardo Evans were always Hated Micheal Hale, and told many they were going to Kill Him.

**Congressmen, Bernie Sanders** is also Attorney, and a Major Play in Cartoon Voice in Speed Racers, and Many other Cartoons, son Alfred Matthew Yanvick also Carton Artist and Writer And sometime co Writer of **"Simpson"**.  Musical Genius and Comedian of Music Video, especially, **Micheal Jackson, Princes** and etc. Comedian is how Weird Al Yanvick  became And Funded Direct TV and MTV.  My Father was a investor and a Telephonically Friend

Of Weird Al Yanovick. I was invited to everything with MTV and DirectTV Owner. Which happen to be Owner of NASA Statelite, NASA Worker are witness including Charles Bowden The 1st Black Astronaut.

**Attorney of Weird Al Yanovich, are witnesses, Business Lic. and Ownership of Nasa Dish in space. Congressmen Bernie Sanders are also witness.**

Goggle Smart is not a Owner, nor Tom Cruise, Nor Wibert Schwarzenegger, nor Arnold Schwarzenegger, Bill Gates, Christen Slater, nor brother Warren Buffet, no Senators With made up Business Document from Indiana, which is new document. The Warren Buffet and Bill Gates Created Documents, which are made Up recently. Republican Party is helping.

**Alfred Yanvick Businesses Documentation needs to be subpoena by United State Federal Court. Business Lic. came from Mississippi. LongTime ago. Lic. for Direct TV and MTV With DSL operated was done 1991 and DLS operatives in Indiana was 1999 in Gary Indiana.**

Of

Lisa Williams, Maiden Name Holmes          10-2-2023
925 Indiana Ave. Crown Point Indiana

348 king Street, Gary Indiana 46406        Reference: CV 000106

5700 W. 6th Ave., Gary Indiana

UP Date information with investigation, 5700 W. 6thAve. Impersonater Tricia Kelly(Felon) From Gary Indiana may have used my Home for Collateral in 2023. My College Professor Was Kidnappied . Tricia Kelly boyfriend Christain Slater is hacking my information for Lab Top. Christen Slater, Wilbert Schwarenberger, Francesca Dodd Gonzalez, with the help of Goggle Smart, Carrandra Woodland. Recently, Scientology Viewers in Gary Indiana "CAUGHT" Avery Lawerence, (felon) Fugitive dismantling porch bangster. In Crown Point, Indiana Fountain View Apt. Tenant Winna Faye Reaves Caught Home Invasing with daughter Kia Reave Greene, and Boyfriend Felon Fugitive Brain Davis, Anthony Orr, both from Anthony.

Brain Davis, Anthony Orr, Francesca Dodd Gonzales, Montae Mcghee, Swifty Mcghee, Vontae Mcghee, Anthony and Anglea Departto (all Felon Fugitive) and known Baby Killers caught By Officers placing Bomb Squad Darrell Helpless Body in Dumper in Heritage Apartment. Baby Found was Mellissa Delahoya Baby, and Darrels from Bomb Squad Baby. Sunday All unfolded including Jayzee, and Lover Joshua Sanders, ( Known as Lil Dirt) with Infused (Stargates Joshua David involved in throwing 17yrs Nemiah Sanders from Yuma Az, Helpless Body out a Helicopter into US 30HWY, in Merrillville Indiana. Insider, with OT28 Viewers from Tom Cruise and Christen Slater with Driver witnesses incident happen sunday about 1:54.

Nehemiah Sanders Statement reveals the Teleporter in Gary Brunswick Center is very Real, as 150 other people including children. Nehemiah Sanders, age 17 was kidnapped with Father Charles Sanders, and wife Mimi Sanders, also little brother 3 years old. Phuc Do Cao Sr. impersonated Col. Mann from Virginia with Navy Corey from Norfolk VA. Jayzee and Joshua Sanders, from Chicago Il was kidnapping Nehmiah Sanders for 1yr now off and on. Rapping And Beating with Felon Fugitive Edmund Osborne and cousin Tricia Kelly, and Maurice Kelly,Melvin Bruce. All Felon Fugitives. Sunday Nemo was thrown from Plane. Grandfather Charles Ervin Sanders, Navy Veteran and shelkia Finely were Hostage Sold into Slavery for Profit by FBI Trez Pugh. Trez Pugh was claiming that Charles Sanders old Fried from High School was PROTECTED. Jayzee and Joshua Sanders was pending Pension of Veteran Charles Sanders and Shelkia Finely GS Workers from Oakland California. All victims were STARGATED, by Mildred Carter, Will Smith, Keanne Reaves. However, Zapping with Wilbert Schwarzenegger and Jamie Foxx, Brad Pit, Sean Williams, Francesca Dodd gonzalez Will not Allow Victims to Stay free.  Zapping, is a NASA Computer, All Felon Fugitive Confessed to working for Sharon Jefferon Williams, Bill Gates, Warren Buffet, John Bahner, Nancy Pulaski, Charles Schumer, Linsey Graham, Elizabeth Warren, FBI Sterling, Ex- President George Bush, with girlfriend Colita Rice, Ex Barack Obama, new President TRump.

Law Enforcement in Yuma Az received Bribery from Killers in United Senators and President Trump. Sharon Jefferson Williams, Ex- Worker from PGE, Tonjia Jefferson Dunbar, Petersburg Florida Hospital claimed United America Government Check were written, Direct Tv Checks Was written by Hillary. Google Smart Gemini. Nipsco Manager Kimberly Vincent, now remarried, " also received Bribery to help Fuel NASA Equipment from Quatumono Bay.

Quatumono Bay Shocker and Shaker was used on Children in my Family from Yuma Az, Chicago IL, Gary Indiana, Phoenix, also Military Soldiers, FBI, Astronaut, and Navy, Army Airforce. The equipment has been banned for Prison. However, Arnold and Wilbert will use On Children and Government Workers in Schwarzenegger.

I Will name all Participating Terrorist with Scientology Daily: Scientology Leaders, Warren Buffett,Bill Gates, Senator John Bahner, Senator Ted Cruz, Senator Mitchell Oconner Senator Nancy Pulaski. Senator Nancy Pulaski Paid Bribery for Officers to stand down When Government Workers from San Francisco, Sacrament California, Oakland California Were being tortured. Nancy Pulaski bragged about given Federal Communication Checks To son Christen Salater, Tom Cruise, Brad Pitt. Later checks would be given to Manager Jay Zee, or ECT LA REID, when its not their Artist, or Actor that they managers. Sometime Jamie Foxx, and Kevin Dodd would get Residual Checks. These Manager received NASA Equipment. Which Bill Nelson, Dennis Quad, Will Nelson, was not Allowed to sell Governemmnt Equipment. Official Infusion Computer, OT28 and 98, real Laser guns Were used by Jamie Foxx, Swifty Mcghee, Vaontae Mcghee, Shane Foxx, Candice Foxx Rena, Subrina Mcghee, and officer Sharond Mcghee, Freddie Dodd, Roderick Dodd, Rooster, Known as Jermine Foxx, and their father and Mother, Uncles Stephen Mcghee, Ernstine Dodd Melvin Bruce at 626 Durbin Street, with all Bruce Family Participating in Enslavement. FBi Brother, name Buddy with last name Brue is also Helping. Sister Brenda, Demetrius, Demetruis Lloyds is also helping with Enslavement and violating 13 Amendment.

Bill Gates, Warren Buffet, with President Trump as demonstrated on the incidence including children. Terrorist ACT> Jeroe



EOC, Lisa Williams Of Direct TV and MTV
10-24-2025
Crown Point, indiana 46307-5002

Appointed By Congressmen Bernie Sanders

With many attempts on MY life, and my Family,"Congressmen Bernie Sanders", was no Acception. We were places on NASA Equipment by Tom Cruise, Brad Pit, Jamie Foxx, and Christen Slater, Hacked with OT28 Mind Reading machine. Attempts and threatening 24 hours a day for over 15 years. We did not know Weird AL Yanovick was Kidnappied By Scientology Church in Los Angeles. Congressmen Bernie Sander, Howard Stein and my father Cornelius Holmes looked for Alfred Yanovick for over 10yrs. Scientology Members Claim he went overseas. Father Congressmen, Bernie Sanders knew it was not true. FBI,and Cia knew. Lead Republican Party, had taken over our company ILLEGALLY. NO ILLEGALLY DOCUMENTATION, NO BUSINESS LICENSES, NO EXPERIENCES. They wanted to sell Illegally "NASA EQUIPMENT", called Streaming without Illegal, NO approval from the Government. Government Agent of Environmental and Military would not approval, Teleporting, PORTALING, nor Invisibleman Projection call **Pellant Green**, for Outer Space. Weird AL Yanvick, did not agree to use Satellite Dish for Transportation with Thetan.

Denise Quay, Movie is Real of Stargatesing. Research was incomplete for Public Usages. However, Warren Buffet, Bill Gates, Senator John Bahner of Disney, Tom Cruise, Christen Slater, Andrew McCarthy, Paul McCongaughty, Senator Schwarzenegger, and sons, especially Wilbert Schwarennger, Brad Pit, and wife Angelena Family learned and stole NASA Equipment OT28, 98, and Time Machine, Christen Slater Kits for crashing vehicle, Infusion computer, Virtual Reality Computer, and Google Smart Hacking Computer, and CIA Edward Snowden. And Jamie Foxx Family, One of the Larges Black Family which including King Von, Kevin Dodd, Actor Keanne Wayn Family. Some Belive the Kill for the Senators. Hirer Hit Man using NASA Equipment. Bill Nelson, brother Will Nelson knew and some believe they were on Drugs.

SOS Help, !st Black Astronuat Charles Bowden, of NASA and Congressmen Bernie Sanders who is Mind Controlled by Tom Cruise. And experience Financial Worship from Theft. Tom Cruise
Caught writing checks in My Maiden name Holmes, and Williams, also written checks in MTV, and Direct TV, also in Congressmen Bernie Sanders name. FBI caught looking of Heads of this Company Direct TV and MTV. According to Macon Georgia Government Files were changed. Our Lifes is in Danger. Congressmen Bernie Sanders report, Charles Bowden, my sons Charles Sanders senior, and Junior with brother Phuc Do Cao Jr reported Attempt on their life in Indiana, and Yuma Az. Military Base in Mesa Az with Airwomen Brennan Carter who Rescue. Bomb Squad Darrell from Whitting Indiana. Gregory Jones Capt. of Chicago IL was reported to By family members Crystal Davis, Janice Mays Of Greatlake Base of NASA Equipment Used.

Together Billions Dollars were Stolen from Howard Stein, Alfred Yanvick, Bernie Sanders, my Father Losses and Myself was 38 Billion from Reserved Banks. Within Scientology Church Treatment to Bernie Sanders and other victims were denied. Save the Victims of Scientology Including myself.