UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LISA WILLIAMS,<br>        Plaintiff, | )<br>)<br>) |
| v. | ) CAUSE NO.: 2:25-CV-183-TLS-JEM<br>) |
| MTV, *et al.*<br>        Defendants. | )<br>)<br>) |

**ORDER**

This matter is before the Court *sua sponte*. This matter was set for hearing at 10:00 a.m. on October 23, 2025. Plaintiff, *pro se*, failed to present herself in the undersigned's courtroom at the appointed time, but it has come to the Court's attention that a woman was in the courthouse and asking about one of the defendants named in this case. This woman left the courthouse before staff could learn if she was Plaintiff.

In an abundance of caution and noting that this woman may have been Plaintiff, the Court **ORDERS** Plaintiff Lisa Williams to appear **in person** before this Court at the hearing now **RESET** to **November 20, 2025, at 9:00 a.m.** (central time), 5400 Federal Plaza, Hammond, Indiana, Magistrate Courtroom 3, to **SHOW CAUSE**, if any, why she should not be held in contempt of Court and sanctioned for her failure to issue summons as ordered in the August 18 and August 28, 2025 orders and failure to appear as ordered on October 23, 2025. The Court **WARNS** Plaintiff that if she fails to appear the Court will almost certainly recommend that this case be dismissed as a sanction for failing to comply with the Court's orders.

SO ORDERED this 23rd day of October, 2025.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Plaintiff, *pro se (*by first class mail and certified mail*)*