IN/ND case 2:25-cv-00183-TLS-JEM    document 18    filed 10/23/25    page 1 of 1

