# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LISA WILLIAMS

        Plaintiff

   v.

                                               Civil Action No. 2:25-cv-183

MTV
DIRECT TV
WILBERT SCHWARZENNGER, *Mind Controlling*
CHRISTEN SLATER
BRAD PIT
SCIENTOLOGY CHURCH, *Sunset Blvd or Hollywood Blvd. California*
TOM CRUISE

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Theresa L Springmann.

AO 450 (Rev. 01/09)  Judgment in a Civil Action

DATE: 12/17/2025  CHANDA J. BERTA, CLERK OF COURT

by  s/A. Highlen
*Signature of Clerk or Deputy Clerk*