


2:25cv183